UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MIGUEL C.,

                Plaintiff,            5:24-CV-1595
                                            (GTS/MJK)

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HILLER COMERFORD INJURY & DISABILITY LAW<br>*Counsel for Plaintiff*<br>6000 North Bailey Avenue, Suite 1a<br>Amherst, New York 14226 | JUSTIN M. GOLDSTEIN, ESQ.<br>MARY ELLEN GILL, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF GENERAL COUNSEL<br>*Counsel for Defendant*<br>6401 Security Boulevard<br>Baltimore, Maryland 21235 | CANDACE BROWN CASEY, ESQ. |

HON. GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Mitchell J. Katz, filed on August 19, 2025, recommending that (1) the Commissioner's motion for judgment on the pleadings be granted, (2) Plaintiff's motion for judgment on the pleadings be denied, and (3) the Commissioner's decision denying disability benefits be affirmed.  (Dkt. No. 12.)  Objections to the Report-Recommendation have not been filed and the time in which to do so has expired.  (*See generally* Docket Sheet.)

After carefully reviewing all of the papers herein, including Magistrate Judge Katz's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation.[1]  Magistrate Judge Katz employed the proper legal standards, accurately recited the facts, and correctly applied the law to those facts.  (Dkt. No. 12.)  As a result, the Report-Recommendation is accepted and adopted in its entirety; Plaintiff's motion for judgment on the pleadings is denied, the Commissioner's motion for judgment on the pleadings is granted, and the Commissioner's decision is affirmed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 12) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's motion for judgment on the pleadings (Dkt. No. 10) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. Nos. 8) is **DENIED**; and it is further

**ORDERED** that the Commissioner's decision denying disability benefits is **AFFIRMED**.

Dated:  September 26, 2025
          Syracuse, New York

---

[1]  When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear-error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a clear-error review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

_____
Glenn T. Suddaby
U.S. District Judge